SULLIVAN *v.* SUPERINTENDENT OF MARYLAND STATE REFORMATORY FOR MALES

[App. No. 58, September Term, 1961.]

*Decided April 24, 1962.*

Before HENDERSON, HAMMOND, PRESCOTT, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons set forth in the opinion of Judge Cullen, the application for leave to appeal will be denied.

*Application denied.*